**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **PAUL WILLIAM ROBISON** | § | |
| *Plaintiff* | § | |
| **VS.** | § | **CIVIL NO.** _5:24-cv-00118_ |
| | § | |
| **PENSKE TRUCK LEASING CO., L.P.,** | § | |
| **MESILLA VALLEY** | § | |
| **TRANSPORTATION SOLUTIONS,** | § | |
| **LLC, and RICHARD LAREZ** | § | |

## DEFENDANT PENSKE TRUCK LEASING CO., L.P.'s NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS:

Pursuant to 28 U.S.C. §§ 1332 and 1441(a), Defendant, PENSKE TRUCK LEASING CO., L.P., hereby removes this action to the United States District Court for the Western District of Texas San Antonio Division from the 131st District Court of Bexar County, Texas, stating as follows:

1.  Plaintiff, Paul William Robison, is a resident of Bexar County and is a citizen of Texas.

2.  Plaintiff commenced this action in the 131st District Court of Bexar County, Texas, where it was given Cause No. 2023CI26520.

3.  Defendant Penske Truck Leasing Co., L.P. is a corporation organized under the laws of the State of Delaware. Its principal place of business is at 2675 Morgantown Road Reading, Pennsylvania 19607. It is a citizen of Delaware and Pennsylvania.

4.  Defendant Penske leased the tractor-trailer involved in this matter to MVT Services LLC d/b/a Mesilla Valley Transportation, not to Mesilla Valley Transportation Solutions, LLC, incorrectly named by Plaintiff as a party Defendant.

5.  Defendant Mesilla Valley Transportation Solutions, LLC is a corporation organized under the laws of the State of Texas and its principal place of business is in Las

Cruces, New Mexico 88007. However, Mesilla Valley Transportation Solutions, LLC is an improperly joined party as it has nothing whatsoever to do with the facts of this case. It did not lease the vehicle in question, nor did it employ the driver involved in the accident.

6. Defendant driver Richard Larez is a resident of New Mexico.

7. Plaintiff and the only properly joined Defendant are citizens of different states, none of the properly joined Defendants are citizens of Texas, and the proper parties are totally diverse from Plaintiff.

8. Defendant Penske Truck Leasing Co., L.P. received the summons and complaint on January 4, 2024.

9. Defendant Mesilla Valley Transportation Solutions, LLC received the summons and complaint on January 12, 2024.

10. Defendant Richard Larez has not been served.

11. A copy of all process, pleadings, and orders known in this case is attached as **Exhibit A.**

12. Defendant Penske Truck Leasing Co., L.P. will provide written notice of this Notice of Removal to all adverse parties and will file a copy with the Clerk of the 131st District Court of Bexar County, Texas.

13. Defendant Richard Larez has not been served, therefore his consent to remove is not required.

14. Defendant Mesilla Valley Transportation Solutions, LLC is not a proper party, therefore its consent to remove is not required.  Without waiving any other rights, and to the extent required to do so, however, it consents to the removal.

Dated: **February 2, 2024**

Respectfully submitted,

_____
**DAVID L. ORTEGA**
State Bar No. 00791377
**JOHN A. GOMEZ**
State Bar No. 24096580
Telephone:  (210)731-6300
Facsimile:  (210)785-2951
E-mail:  dortega@namanhowell.com
E-mail:  jgomez@namanhowell.com
Naman, Howell, Smith & Lee, PLLC
10001 Reunion Place, Suite #600
San Antonio, Texas 78216
**ATTORNEYS FOR DEFENDANT**
**PENSKE TRUCK LEASING CO., L.P.**

3

## CERTIFICATE OF SERVICE

I hereby certify that on the _____ day of February, the foregoing document, was filed with the Clerk of Court using the CM/ECF system, and was served on all counsel of record via E-mail:

Taylor Thompson
Thomas J. Henry
5711 University Heights, Suite 101
San Antonio, Texas 78249
Via Email:  tthompson-svc@tjhlaw.com
*Attorneys for Plaintiff*

_____
JOHN A. GOMEZ

4